[L. A. No. 1191.   Department Two.—May 29, 1902.]

## S. McG. ISOM, Respondent, v. REX CRUDE OIL COMPANY, Appellant.

APPEALS—MOTION TO DISMISS—AFFIDAVIT AFTER HEARING DISALLOWED.—After the hearing of a motion to dismiss appeals, an application of the respondent for leave to file an additional affidavit was refused.

MOTION to dismiss appeals from a judgment of the Superior Court of Los Angeles County and from an order to a receiver. W. F. Fitzgerald, Judge.

The facts are stated in the opinion of the court.

Edwin A. Meserve, for Appellant.

Stephens & Stephens, and Works, Lee & Works, for Respondent.

THE COURT.—Motions to dismiss two appeals hereinafter referred to. The application of respondent to file additional affidavit, after the hearing of the motion to dismiss, is refused. The motion of respondent to dismiss the appeal from the judgment, and the motion to dismiss the appeal from the order permitting and directing the receiver to bore additional oil wells on the land involved in the action are both hereby denied.